UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------)
UNITED STATES OF AMERICA       )
                               )
v.                             )    Docket No. 21-cr-10157
                               )
MANISH KUMAR                   )
                               )
---------------------------------------------------------)
```

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned CJA appointed counsel requests leave to withdraw from representation of Defendant Manish Kumar ("Defendant" or "Kumar") on the grounds that, pursuant to Defendant's motion for new counsel, the Court appointed CJA Attorney Gordon Spencer to replace undersigned counsel on November 30, 2021.

        Respectfully submitted,

        */s/John F Palmer*
        John F. Palmer
        B.B.O.#387980
        18 Main Street Extension
        Suite 201B
        Plymouth, MA 02360
        Tel: 617-943-2602

CERTIFICATE OF SERVICE

I, John F. Palmer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on February 1, 2022.

*/s/John F. Palmer*