UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 21-10157-MLW |
| | ) |
| MANISH KUMAR, | ) |
|     Defendant. | ) |

MEMORANDUM AND ORDER

WOLF, D.J.                                                     April 26, 2022

On February 28, 2022, defendant Manish Kumar filed a pro se motion to dismiss the indictment on three alleged grounds: (1) double jeopardy; (2) vindictive prosecution; and (3) unconstitutional delay. See Dkt. No. 58 (the "Motion"); see also Letter Requesting Production of Waiver of DOJ Petite Policy Document (Dkt. No. 57). C. Henry Fasoldt, Esq. was then serving as stand-by counsel for Kumar. See Dkt. No. 53. Mr. Fasoldt has since been appointed as Kumar's fourth attorney. See Dkt. No. 65. The court has been informed that Kumar still requests a ruling on his pro se Motion. See Order and Final Status Report (Dkt. No. 70).

Ordinarily, this court does not consider pro se motions filed by represented defendants. See United States v. Tracy, 989 F.2d 1279, 1285 (1st Cir. 1993) ("A district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel."); United States v. López-Soto, 960 F.3d 1, 15 (1st Cir. 2020) ("So long as [defendant] was represented by counsel, he had no right to file his own motions").

1

However, the court has discretion and may consider such motions. See Tracy, 989 F.2d at 1285.

Therefore, it is hereby ORDERED that, by May 5, 2022, Kumar shall consult with Mr. Fasoldt and report: (1) whether he wishes to maintain the Motion; and (2) whether Mr. Fasoldt will supplement the Motion. Any supplement shall be filed by May 12, 2022.

/s/ Charles P. Noy
UNITED STATES DISTRICT JUDGE