UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-10157-MLW |
| | ) | |
| MANISH KUMAR, | ) | |
|     Defendant | ) | |

**DEFENDANT'S REPORT TO COURT IN RESPONSE TO ORDER, DOC. NO. 74**

Now comes the defendant and hereby reports to the Court. On April 26, 2022, undersigned Counsel was ordered to report whether the defendant will "maintain the Motion" that was originally filed pro se.

In response to the Court's order, the defendant states the following:

1) He will continue to pursue the Motion to Dismiss that was filed pro se, Doc. No. 58;

2) Per the filing date stated in the Court's Order, Doc. No. 74, the defendant will file a supplement to the Motion to Dismiss by May 12, 2022.

                                                    Respectfully submitted,
                                                    Manish Kumar,
                                                    By his attorney,

Date: May 6, 2022

                                                    */s/ Henry Fasoldt*
                                                    Henry Fasoldt, BBO # 667422
                                                    185 Devonshire Street, Ste. 302
                                                    Boston, MA 02110
                                                    henry@bostondefenselaw.com
                                                    617-338-0009 – office
                                                    617-784-3312 – cell

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 6, 2022.

      /s/ Henry Fasoldt