UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-10157-MLW |
| | ) | |
| MANISH KUMAR, | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO WITHDRAW – MOTION FOR RELEASE FROM CUSTODY AND REQUEST FOR DETENTION HEARING (Doc. No. 76)**

Now comes Manish Kumar who moves to withdraw the "Motion for Release From Custody and Request for Detention Hearing" (Doc. No. 76). He withdraws his motion in light of his request for a Rule 11 Hearing (Doc. No. 78).

Respectfully submitted,
MANISH KUMAR,
By his attorney,

Date:  September 2, 2022

*/s/ Henry Fasoldt*
C. Henry Fasoldt (BBO# 667422)
185 Devonshire Street
Suite 302
Boston, MA 02110
henry@bostondefenselaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 2, 2022.

*/s/ Henry Fasoldt*
Henry Fasoldt